IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAMARSAI PEEL**  **PLAINTIFF**
**ADC #132206**

v.  Case No: 4:25-cv-00278-LPR

**FREDDIE CHILDS, et al.**  **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Patricia S. Harris (Doc. 7) and the Plaintiff's Objections (Doc. 8). After a *de novo* review of the RD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.[1]

Accordingly, Plaintiff's Amended Complaint (Doc. 5) is DISMISSED without prejudice for failure to state a claim upon which relief may be granted. The Court recommends that dismissal of this case count as a "strike," in the future, for purposes of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 30th day of December 2025.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's Objections rehash many of the allegations that Plaintiff included in his original Complaint. The Objections do not, however, argue any points of error in the RD. The Court will not retroactively supplement Plaintiff's deficient Amended Complaint with the factual allegations contained in Plaintiff's Objections. Thus, the Amended Complaint fails to state a claim upon which relief may be granted and must be dismissed. That the original Complaint included more facts than the Amended Complaint is of no moment—because the Magistrate Judge was clear that an Amended Complaint would completely supersede the original Complaint.